## RECONSIDERATION OF PRIOR DECISIONS

**2013–1534. Wells Fargo Bank, N.A. v. Horn.**
Lorain App. No. 12CA010230, 2013-Ohio-2374. Reported in 137 Ohio St.3d 1473, 2014-Ohio-176, 2 N.E.3d 268. On motion for reconsideration. Motion granted as to Proposition of Law No. I. The discretionary appeal is accepted on Proposition of Law No. I.

FRENCH, J., would grant the motion as to both Propositions of Law.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2013–1543. Sullins v. Raycom Media, Inc.**
Cuyahoga App. No. 99235, 2013-Ohio-3530. Reported in 137 Ohio St.3d 1473, 2014-Ohio-176, 2 N.E.3d 268. On motion for reconsideration of WOIO, L.L.C. and WUAB. Motion denied.

**2013–1550. State v. Evans.**
Lorain App. No. 07CA009274. Reported in 137 Ohio St.3d 1473, 2014-Ohio-176, 2 N.E.3d 268. On motion for reconsideration. Motion denied.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2013–1562. State v. Maurent.**
Delaware App. No. 12 CAA 05 0055, 2013-Ohio-3799. Reported in 173 Ohio St.3d 1473, 2014-Ohio-176, 2 N.E.3d 269. On motion for reconsideration. Motion denied.

**2013–1638. Byers Dipaola Castle, L.L.C. v. Ravenna City Planning Comm.**
Portage App. No. 2012–P–0151, 2013-Ohio-3977. Reported in 137 Ohio St.3d 1475, 2014-Ohio-176, 2 N.E.3d 269. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2013–1670. Geauga Savs. Bank v. Rickard.**
Ashtabula App. No. 2012–A–0052, 2013-Ohio-3863. Reported in 137 Ohio St.3d 1476, 2014-Ohio-176, 2 N.E.3d 270. On motion for reconsideration. Motion denied.

**2013–1703. State v. Barnette.**
Mahoning App. No. 06 MA 135. Reported in 137 Ohio St.3d 1476, 2014-Ohio-176, 2 N.E.3d 270. On motion for reconsideration. Motion denied.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

**2013–1713. State v. Ragle.**
Summit App. No. 25707. Reported in 137 Ohio St.3d 1476, 2014-Ohio-176, 2 N.E.3d 270. On motion for reconsideration. Motion denied.

**2013–1872. State v. Farraj.**
Cuyahoga App. No. 100250. Reported in 137 Ohio St.3d 1472, 2014-Ohio-176, 2 N.E.3d 268. On motion for reconsideration. Motion denied.

PFEIFER and O'NEILL, JJ., dissent.

## CASE ANNOUNCEMENTS

*March 27, 2014*

[Cite as *03/27/2014 Case Announcements*, 2014-Ohio-1223.]

## MOTION AND PROCEDURAL RULINGS